BERNICE L. BAUMANN, Respondent, *v.* CHARLES L. BAUMANN et al., Appellants.

(Submitted April 15, 1929; decided April 23, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 250 N. Y. 382.)

KARL NATHAN, Appellant, *v.* THE EQUITABLE TRUST COMPANY OF NEW YORK, Defendant, and SIDNEY S. PRINCE et al., Copartners under the Firm Name of ASIEL & Co., Respondents.

(Submitted April 15, 1929; decided April 23, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 250 N. Y. 250.)

REBECCA FRIEDMAN et al., Respondents, *v.* LOUIS BARON et al., Appellants.

(Submitted April 15, 1929; decided April 23, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 250 N. Y. 552.)